## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| VANESSA BISHOP, | ) | FILED: APRIL 27, 2009 |
| | ) | 09CV2549 |
| Plaintiff, | ) | JUDGE COAR |
| | ) | MAGISTRATE JUDGE ASHMAN |
| v. | ) Case No. | BR |
| | ) | |
| ERNEST EMERSON and | ) | |
| ATS SPECIALIZED, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS ERNEST EMERSON AND ATS SPECIALIZED, INC.'S NOTICE OF REMOVAL

Defendants ERNEST EMERSON and ATS SPECIALIZED, INC., by and through their attorneys Patton & Ryan, LLC, pursuant to 28 U.S.C. §1446 present this Notice of Removal based on 28 U.S.C. §1332 and 28 U.S.C. §1441, and state as follows:

1. This cause of action was commenced on March 30, 2009 and is currently pending in the Circuit Court of Cook County, Illinois, Law Division under Court Number 2009 L 003722. Plaintiff's Complaint at Law is attached hereto as "Exhibit A."

2. Plaintiff's cause is a civil action for damages alleging negligence on the part of the named defendants arising from a motor vehicle accident which occurred on June 5, 2007.

3. The aforementioned action is one in which the United States District Court is given original jurisdiction by reason of complete diversity of citizenship of the parties.

4. Upon information and belief, the amount in controversy in this action, exclusive of interest and costs, exceeds $75,000.00.

5. Plaintiff is Vanessa Bishop, an individual; Defendants are ATS SPECIALIZED, INC., a corporation and ERNEST EMERSON, an individual.

1

6.  Defendant ERNEST EMERSON was served with summons on April 3, 2009. A copy of return of service is attached hereto as "Exhibit B." Defendant ATS SPECIALIZED, INC. was served with summons on April 6, 2009. A copy of return of service is attached hereto as "Exhibit C."

7.  Removal is proper because there is complete diversity between the parties. 28 USC § 1332(a); *Darden v. Ford Consumer Fin. Co.*, 200 F.3d 753, 755 (11th Cir. 2000); *Laughlin v. Kmart Corp.*, 50 F.3d 871, 873 (10th Cir. 1995).

8.  At the time of the filing of this cause of action and presently, plaintiff Vanessa Bishop is a citizen of the state of Illinois.

9.  At the time of the filing of the cause of action and presently, defendant ATS SPECIALIZED, INC. is incorporated in the state of Minnesota and has its principal place of business in Minnesota. Thus, pursuant to 28 USC §1332(c)(1), defendant ATS SPECIALIZED, INC. is deemed a citizen of the state of Minnesota.

10. At the time of the filing of the cause of action and presently, defendant ERNEST EMERSON is a citizen of the state of Ohio.

11. All pleadings, process, orders and other filings in the state court action are attached to this notice as required by 28 USC §1446(a).

12. Venue is proper in this district under 28 USC §1446(a) because this district and division embrace the place where the removed action has been pending.

13. Defendants will promptly file a copy of this original notice with the clerk of the state court where the action has been pending.

14. Defendants ERNEST EMERSON and ATS SPECIALIZED, INC. make a jury demand.

WHEREFORE, for the above-stated reasons, Defendants ERNEST EMERSON and ATS SPECIALIZED, INC. respectfully petition this Court to remove the above-entitled action from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois, Eastern Division based upon diversity of citizenship.

    ERNEST EMERSON and
    ATS SPECIALIZED, INC.,

    /s/ David F. Ryan
    One of the attorneys for Defendants

David F. Ryan
Karen C. Mitch
Patton & Ryan LLC
330 North Wabash Avenue, Suite 2900
Chicago, Illinois 60611
(312) 261-5160
Firm ID #40669
G:\Matters\Current\791-008\3 Pleadings and Court Documents (except Discovery)\3d Other Proceedings\Notice of Removal.doc

ATTY I.D. #25535

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT – LAW DIVISION

| | | |
|---|---|---|
| VANESSA BISHOP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. |
| | ) | |
| ERNEST EMERSON; and | ) | |
| ATS SPECIALIZED, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### COMPLAINT AT LAW

NOW COMES the plaintiff, VANESSA BISHOP, by her attorneys, SANDMAN, LEVY AND PETRICH, and complaining of the defendants, ERNEST EMERSON and ATS SPECIALIZED, INC., alleges and states as follows:

1. That on June 5, 2007, the plaintiff, VANESSA BISHOP, was the owner of a certain motor vehicle which she was then and there operating in a southerly direction on Cicero Avenue, and was in a stopped position at or near Monroe Street, in the City of Chicago, County of Cook and State of Illinois.

2. That on June 5, 2007, the defendant, ATS SPECIALIZED, INC., was the owner of a certain motor vehicle which was then and there in the possession and control of the defendant, ERNEST EMERSON, who was operating said motor vehicle in a southerly direction on Cicero Avenue, at or near Monroe Street, in the lane of traffic behind and to the rear of the motor vehicle operated by the said plaintiff, in the City of Chicago, County of Cook and State of Illinois.

3. That at the time and place of this occurrence, the defendant, ERNEST EMERSON, was the agent and servant of the defendant, ATS SPECIALIZED, INC., and was acting within the scope and authority of said agency.

SANDMAN, LEVY
AND PETRICH
ATTORNEYS AT LAW
34 N. LA SALLE STREET
9TH FLOOR
CHICAGO 60602
TELEPHONE
(312) 726-1692


EXHIBIT A

4. That it then and there became and was the duty of defendants, and each of them, before and at the time of the occurrence, to use ordinary care for the safety of the plaintiff, VANESSA BISHOP.

5. Notwithstanding their duty as aforesaid, defendants committed one or more of the following negligent acts:

(a) Carelessly and negligently operated and drove said motor vehicle by following another vehicle more closely than is reasonable and prudent having disregard for the safety of such vehicle and the traffic upon the highway in violation of 625 ILCS 5/11-710 (1996 State Bar Edition);

(b) Carelessly and negligently operated and drove said motor vehicle at a speed greater than is reasonable and proper with disregard to the traffic conditions and the use of the highway in violation of 625 ILCS 5/11-601 (1996 State Bar Edition);

(c) Carelessly and negligently operated and drove said motor vehicle by failing to properly apply the brakes;

(d) Carelessly and negligently operated and drove said motor vehicle by failing to keep a proper lookout ahead.

6. That as a direct and proximate result of one or more of the foregoing negligent acts, the defendants' motor vehicle collided with great force and violence with the rear of plaintiff's motor vehicle and as a direct result thereof, the plaintiff was injured, caused to suffer pain, incurred large expenses for necessary medical and hospital care, was disabled for a certain period of time, lost certain time and monies from her employment and sustained damage to her property.

WHEREFORE, plaintiff, VANESSA BISHOP, prays for judgment against the defendants, ERNEST EMERSON and ATS SPECIALIZED, INC., in an amount in excess of $50,000.00, plus the costs of this lawsuit.

SANDMAN, LEVY AND PETRICH

By: _____
DAVID S. PETRICH
Attorney for Plaintiff(s)

SANDMAN, LEVY
AND PETRICH
ATTORNEYS AT LAW
14 N. LA SALLE STREET
9TH FLOOR
CHICAGO 60602
TELEPHONE
(312) 726-1692

## AFFIDAVIT OF DAMAGES

DAVID S. PETRICH, being first duly sworn on oath, deposes and states as follows:

1. That your affiant is one of the attorneys representing the plaintiff(s) in the case of BISHOP, VANESSA V. EMERSON, ERNEST, ET AL..

2. That the money damages sought exceeds $50,000.00.

FURTHER, your affiant sayeth not.

_____
DAVID S. PETRICH

SUBSCRIBED and SWORN to before me this **30** day of **March**, 2009

_____
Notary Public

MARCI R. METZ
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
May 3, 2011

SANDMAN, LEVY
AND PETRICH
ATTORNEYS AT LAW
14 N. LA SALLE STREET
9TH FLOOR
CHICAGO 60602
TELEPHONE
(312) 726-1692

3

| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| SUMMONS | ALIAS - SUMMONS |

true copy of the original writ.
Thomas L. Altiera, SHERIFF

By _____ DEPUTY

CCG N001-10M-1-07-05 ( )

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW _____ DIVISION

(Name all parties)

VANESSA BISHOP,

v.

ERNEST EMERSON and
ATS SPECIALIZED, INC.,

No. _____

**PLEASE SERVE DEFENDANT:**

ERNEST EMERSON
1372 Moncrest Drive NW
Warren, Ohio  44485

**SUMMONS**

EXHIBIT B

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room **801**, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

☐ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60426

☐ Child Support
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

WITNESS, _____

Atty. No.: 25535
Name: SANDMAN, LEVY AND PETRICH
Atty. for: Plaintiff(s)
Address: 134 North LaSalle Street, 9th Floor
City/State/Zip: Chicago, Il 60602
Telephone: 312/726-1692
Service by Facsimile Transmission will be accepted at: _____
(Area Code) (Facsimile Telephone Number)

Clerk of Court

Date of service: 4/3/09
(To be inserted by officer on copy left with defendant or other person)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

| | | |
|---|---|---|
| 2120 - Served | 2121 - Served | |
| 2220 - Not Served | 2221 - Not Served | DUPLICATE ORIGINAL |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| SUMMONS | ALIAS - SUMMONS | CCG N001-10M-1-07-05 ( ) |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

2009 APR 6 AM 8 23

(Name all parties)

VANESSA BISHOP,

v.

ERNEST EMERSON and
ATS SPECIALIZED, INC.,

No. _____

2009L003722
CALENDAR/ROOM Z
TIME 00:00
PI Motor Vehicle

**PLEASE SERVE DEFENDANT:**

ATS SPECIALIZED, INC.
c/o Any Authorized Agent/Rep.
725 Opportunity Drive
St. Cloud, Minnesota 56301

SUMMONS

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room __801__, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

☐ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60426

☐ Child Support
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: 25535
Name: SANDMAN, LEVY AND PETRICH
Atty. for: Plaintiff(s)
Address: 134 North LaSalle Street, 9th Floor
City/State/Zip: Chicago, Il 60602
Telephone: 312/726-1692
Service by Facsimile Transmission will be accepted at: _____
(Area Code) (Facsimile Telephone Number)

WITNESS, _____ MAR 30 2009

DOROTHY BROWN
Clerk of Court

Date of service: _____
(To be inserted by officer on copy left with defendant or other person)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**