MAY-24-2010 05:01PM FROM-SANDMAN LEVY PETRICH    13127261687    T-078 P.001/002 F-557

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| VANESSA BISHOP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 09-CV-02549 |
| ) | |
| ERNEST EMERSON and ) | |
| ATS SPECIALIZED, INC., ) | |
| ) | |
| Defendants. ) | |

### STIPULATION TO DISMISS ACTION

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties to the above entitled action, through their respective attorneys, that said action be dismissed with prejudice and without costs to either party, all costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised, and adjourned.

Vanessa Bishop,
Plaintiff.

By: /s/ Warren Abrahamson

Warren Abrahamson
Attorney for Plaintiff
134 N. La Salle Street, 9th Flr.
Chicago, IL 60602
312 726 1692 - Phone
312 726 1687 – Fax

Ernest Emerson and ATS Specialized, Inc.,
Defendant.

By: /s/ Sarah D. Cruse

David F. Ryan
Sarah D. Cruse
One of the Attorneys for Defendant
330 N. Wabash Ave., Suite 2900
Chicago, IL 60611
312 261 5160 – Phone
312 261 5161 - Fax